UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VON LADERAS McPHERSON,<br><br>           Petitioner,<br><br>   v.<br><br>S. HATTON,<br><br>           Respondent. | No. 2:17-02703 GGH<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. section 2254, ECF No. 1. Petitioner is currently housed in Soledad State Prison and his conviction emanated from a judgment entered in the Superior Court for San Bernardino, California and his appeal was heard by the Fourth District Court of Appeal. Therefore the proper venue for this case is the Central District of California which is where the records regarding petitioner's conviction and those related to his appeal are readily available.

Accordingly, IT IS HEREBY ORDERED that:

    The Clerk of the Court shall transfer this case to the Central District of California and shall close this file.

Dated: January 4, 2018

                                        /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE